UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.          Case No. 10-cr-65-01/02 SM

<u>Jeremy Clough and</u>
<u>Rebecca Field</u>

O R D E R

  Defendant Field's Assented to Motion to Continue the final pretrial conference and trial is granted (document no. 22). Trial has been rescheduled for the month of November 2010. Defendant Field shall file a waiver of speedy trial rights not later than August 23, 2010. On the filing of such waiver, her continuance shall be effective.

  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

  Final Pretrial Conference:  October 28, 2010 at 2:00 p.m.

  Jury Selection:     November 9, 2010 at 9:30 a.m.

SO ORDERED.

Dated: August 13, 2010

*[signature]*
Steven J. McAuliffe
Chief Judge

cc: Paul Garrity, Esq.
    Jessica Brown, Esq.
    Jennifer Davis, AUSA
    U. S. Probation
    U. S. Marshal