UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                         Case No. 10-cr-65-01/02 SM

Jeremy Clough  and
Rebecca Field

O R D E R

Defendant Field's Assented to Motion to Continue the final pretrial conference and trial is granted  (document no. 27).   Trial has been rescheduled for the month of December 2010.    Defendant Field shall file a waiver of speedy trial rights not later than November 4, 2010.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant  the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:        November 30, 2010 at 10:30 a.m.

    Jury Selection:        December 7, 2010 at 9:30 a.m.

    SO ORDERED.

Dated:   October 26, 2010

                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:    Paul Garrity, Esq.
       Jessica Brown, Esq.
       Jennifer Davis, AUSA
       U. S. Probation
       U. S. Marshal